UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>　　　　　Defendants. | Case No: C 13-02968 SBA<br><br>**ORDER**<br><br>Dkt. 8, 10 |

　　　In view of the parties' stipulation to allow Plaintiff to file a First Amended Complaint, Defendants' motions to dismiss the initial Complaint are DENIED as moot. This Order terminates Docket 8 and 10.

　　　IT IS SO ORDERED.

Dated: August 1, 2013

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge