C

G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: 415-912-5950
Facsimile: 415-912-5951

Attorneys for Plaintiff
DAVID O. BACA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O. BACA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10, <br><br> Defendants. | Case No. C 13-02968 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF 21 DAY EXTENTION TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS** |

On August 7, 2013, Defendants filed a Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint in this action. Plaintiff's response to Defendants' Motion to Dismiss is presently due on August 21, 2013.

Parties have agreed to stipulate to allow Plaintiff an additional twenty-one (21) days to respond to Defendants' Motion to Dismiss. A 21-day extension on Plaintiff's time to respond renders a due date of September 11, 2013. Defendants' reply shall be due on or before September 18, 2013. The current hearing date on Defendants' Motion to Dismiss is set for October 22, 2013. No dates will be affected and no party will be caused any prejudice by this extension.

Good cause exists to grant such an extension because counsel for Plaintiff has been in trial on an unrelated matter since August 12, 2013, after which Plaintiff expects to be occupied with post-trial motion practice in that matter. Allowing Plaintiff an additional 21-day extension to file his response is in the best interests of justice and economy.

Dated: August 21, 2013                    Respectfully submitted,

                                          GONZALEZ & LEIGH LLP


                                          By: /s/ G. Whitney Leigh
                                              G. Whitney Leigh
                                              Attorneys for Plaintiff
                                              DAVID O. BACA


Dated: August 21, 2013                    KAMALA D. HARRIS
                                          Attorney General of California
                                          JOHN P. DEVINE
                                          Supervising Attorney General


                                          By: /s/ Craig E. Modlin
                                              Craig E. Modlin
                                              Attorneys for Defendants

(

**[PROPOSED] ORDER**

Good cause appearing, and based on the stipulation of the parties, the Court grants Plaintiff a twenty-one (21) day extension to file his response to Defendants' Motion to Dismiss. Plaintiff's response is now due on or before September 11, 2013.

IT IS SO ORDERED.

Dated: 8/21/2013

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

(