UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DAVID O. BACA,

        Plaintiff,

   v.

B. JEFFERS, et al.,

        Defendants.

No. C 13-2968 SBA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 6, 2013
Mediator: Louis Leone

IT IS HEREBY ORDERED that the request to excuse defendants Grimes, True, Rodgers, Wilson and Randall from participating in the December 6, 2013 ENE session before Louis Leone is GRANTED.

IT IS SO ORDERED.

November 21, 2013    By: _____
Dated                             Maria-Elena James
                                      United States Magistrate Judge