UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID O. BACA, | No. C 13-2968 SBA (LB) |
| Plaintiff, | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10, | |
| Defendants. | |

The parties have a settlement conference set for September 12, 2014. The court has not yet received Plaintiff's settlement conference statement, which was due on Friday, September 5, 2014. *See* Notice and Order Re: Settlement Conference, ECF No. 44 at 3. The court also notes that pretrial papers are due tomorrow. Plaintiff must email a copy of the settlement conference statement(s) to the court's proposed orders inbox, lbpo@cand.uscourts.gov, by 9:00 a.m. tomorrow morning. Plaintiff's settlement statement must make a demand. Defendants must respond to Plaintiff's demand by noon tomorrow and must email the court with a copy of their response.

Defendants' settlement statement omits "[a] statement of litigation costs and attorney's fees to date and estimated costs, fees and time projected for further discovery, pretrial proceedings, and

ORDER (C 13-2968 SBA (LB))

trial." *See id.* at 5. Defendants' assertion about the relevance is insufficient. The court orders that the information must be provided by tomorrow at noon (and may be submitted confidentially).

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
LAUREL BEELER
United States Magistrate Judge