UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>　　　　　Defendants. | Case No:  C 13-02968 SBA<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL**<br><br>Dkt. 77 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.　　Plaintiff's motion to continue the trial date is GRANTED.  The pretrial conference scheduled for October 14, 2014, and the trial date of October 20, 2014, are VACATED.

2.　　The parties shall appear for a telephonic Case Management Conference (CMC) on **October 15, 2014, at 2:30 p.m.** for the purpose of rescheduling trial and the pretrial conference, as well as related deadlines.  In advance of the CMC, the parties shall meet and confer regarding mutually agreeable proposed trial dates for the time period from November 2014 to March 2015.  The parties shall submit their proposed schedule in a Further CMC Statement which shall be filed least two (2) calendar days prior to the CMC.

3.　　With regard to Defendants' request to reopen discovery to take the video deposition of Kenneth T. Simonson is DENIED WITHOUT PREJUDICE, based on

Defendants' failure to first meet and confer with Plaintiff, as required by this Court's Standing Orders. The parties shall meet and confer forthwith concerning Defendants' request and shall set forth their agreement in a stipulation and proposed order. If no agreement is reached, the parties shall set forth their respective positions in a joint letter brief, not to exceed two (2) pages. The stipulation and proposed order or the letter brief shall be submitted within fourteen (14) days of this Order.

IT IS SO ORDERED.

Dated:  10-7-14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge