UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>      Defendants. | Case No:  C 13-02968 SBA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |

The parties were previously ordered to submit, by no later than February 17, 2015, a joint statement regarding the re-referral of the action for settlement.  See Dkt. 84.  In violation of the Court's instruction, no such statement has been filed.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.  The pretrial conference scheduled for March 24, 2015, and the trial date of March 30, 2015, are VACATED.

2.  The parties shall file their joint statement, as previously ordered, within seven (7) days of the date this Order is filed.

3.  The parties shall appear for a telephonic Case Management Conference (CMC) on **April 29, 2015, at 2:30 p.m.** for the purpose of rescheduling trial and the pretrial conference.  The parties shall submit their proposed schedule in a Further CMC Statement which shall be filed least two (2) calendar days prior to the CMC.

IT IS SO ORDERED.

Dated:  3-12-15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge