UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>                Plaintiff,<br><br>        vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>                Defendants. | Case No:  C 13-02968 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

   Plaintiff David O. Baca brings the instant action under 42 U.S.C. § 1983 against the State of California and various California Highway Patrol officers.

   The parties were previously ordered to submit a joint statement on or before February 17, 2015, regarding the re-referral of the action for settlement.  Dkt. 84.  On February 13, 2015, counsel for Defendants emailed Plaintiff's counsel to remind him that the parties were to file a joint statement requesting or rejecting a further settlement conference by February 17, 2015.  Dkt. 88 at 1-2 & Ex. A.  Plaintiff's counsel did not respond to the email.  Id.  Accordingly, no joint statement was filed.  Id.

   On March 12, 2015, the Court issued an order which noted that it had not received the joint statement regarding settlement, as previously ordered.  Dkt. 87.  The Court therefore ordered the parties to submit their joint statement within seven days, i.e., by March 19, 2015.  Dkt. 87.

On March 16, 2015, defense counsel emailed plaintiff's counsel, again reminding him that the parties were to file a joint statement requesting or rejecting a further settlement conference by March 19, 2015.  Dkt. 88 at 2 & Ex. B.  The email also requested that plaintiff's counsel prepare a first draft of the joint statement.  Id.  Plaintiff's counsel did not respond to the email.  Id.  In view of Plaintiff's lack of response, Defendants separately filed a statement on March 19, 2015.  Id.

The failure to comply with a court order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b).  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall show cause why the instant action should not be dismissed under Rule 41(b) for failure to comply with a Court order.  By no later than the close of business on **April 6, 2015**, Plaintiff shall file a Certificate of Counsel that sets forth any basis for opposing dismissal under the factors set forth in Ferdik.  Defendants may file a response to the Certificate on **April 9, 2015**.  THE FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION WITH PREJUDICE, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated:  March 31, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge