UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>       Plaintiff,<br><br>       vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>       Defendants. | Case No:  C 13-02968 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND REFERRING MOTION TO WITHDRAW TO MAGISTRATE JUDGE** |

The Court scheduled a Case Management Conference for August 13, 2015, for the purpose of rescheduling the trial date in this action.  However, counsel for Plaintiff advised the Court of his intention to file a motion to withdraw as counsel.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.     Plaintiff's counsel shall file his motion to withdraw by no later than **August 26, 2015**.

2.     Pursuant to 28 U.S.C. § 636(b)(1)(a) and Civil Local Rule 72-1, the motion to withdraw shall be REFERRED to the Chief Magistrate or his designee for a decision. Briefing on the motion shall be in accordance with Civil Local Rule 7, unless the assigned Magistrate Judge directs otherwise.

3.     The parties shall appear for a telephonic Case Management Conference on **November 4, 2015, at 2:30 p.m.**  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Defense counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated

above, defense counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

  4. In light of the foregoing, the parties' respective motions in limine (Dkt. Nos. 64-71 and 74) shall be deemed denied without prejudice to renewal after the issue of Plaintiff's counsel's continued representation is resolved.

  IT IS SO ORDERED.

Dated:  8-14-15

          _____
          SAUNDRA BROWN ARMSTRONG
          United States District Judge