1
2
3
4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DAVID O. BACA, | Case No: C 13-2968 SBA |
|---|---|
| Plaintiff, | **ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT** |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Order of Dismissal and Judgment were filed in error and are hereby VACATED.  Dkt. 104, 105.  The Clerk shall REOPEN the action.  The parties shall appear for a telephonic Case Management Conference on **September 30, 2015, at 3:45 p.m.**  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.  The Clerk shall restrict Docket 104 and 105.

IT IS SO ORDERED.

Dated:  9/18/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge