UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID O. BACA,<br><br>  Plaintiff,<br><br>  vs.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SERGEANT GRIMES, SERGEANT TRUE, OFFICER B. RODGERS, OFFICER M. WILSON, OFFICER C. RANDALL, OFFICER B. JEFFERS, OFFICER B. PHILLIPS, and DOES 1-10,<br><br>  Defendants. | Case No:  C 13-02968 SBA<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND VACATING TRIAL DATE** |

The pretrial conference scheduled for March 30, 2016, is CONTINUED to April 13, 2016, at 1:00 p.m.  The trial date of April 11, 2016, is VACATED and will be rescheduled at the pretrial conference.  Prior to the pretrial conference, the parties shall meet and confer regarding a new trial date (i.e., between April-June 2016), a revised (shorter) time estimate for trial, and proposed allocations of time between Plaintiff and Defendants for their respective presentations at trial.  A representative with full settlement authority on behalf of all parties (other than counsel) shall be present at the pretrial conference.  The failure to comply with this Order may result in the imposition of sanctions.

  IT IS SO ORDERED.

Dated:  3/29/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge