UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O. BACA,<br><br>            Plaintiff,<br><br>      v.<br><br>B. JEFFERS, et al.,<br><br>            Defendants. | Case No. 13-cv-02968-MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER FOR PARTIES TO MEET AND CONFER** |

On April 14, 2016, the Court set this matter for a Case Management Conference on May 5, 2016, to be attended by lead trial counsel, and ordered the parties to file a Joint Case Management Statement by April 28, 2016, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10. Dkt. No. 143. On April 29, 2016, Defendants filed a Separate Case Management Statement, indicating Plaintiff's counsel had not responded to meet and confer efforts. Dkt. No. 147. Neither Plaintiff nor Plaintiff's counsel appeared at the May 5, 2016 Case Management Conference, and Defendants' counsel indicated he had not been able to communicate with Plaintiff's counsel.

The Court has the authority to issue sanctions for noncompliance with federal and local rules. Civ. L.R. 1-4. Accordingly, the Court hereby **ORDERS** Plaintiff David O. Baca to show cause why sanctions should not be imposed for failure to comply with court orders. Plaintiff shall file a declaration by May 12, 2016. The Court shall conduct an order to show cause hearing on May 19, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The Court **FURTHER ORDERS** the parties to meet and confer and thereafter file a joint case management statement by May 12, 2016. Plaintiff's counsel must initiate the meet and

confer by May 9, 2016.  If Plaintiff's counsel fails to initiate the meet and confer by May 9, Defendants shall file a declaration so indicating by May 10, 2016.  The Court shall conduct a Further Case Management Conference on May 19, 2016 at 10:00 a.m.

No chambers copies are required for the documents referenced above.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge